FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MAY 22 2019

MITCHELL R. ELFERS
CLERK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CRIMINAL NO. 19-1434 JB |
| vs. | ) | 21 U.S.C. §§ 841(a)(1) and (b)(1)(B): |
| | ) | Distribution of 50 Grams and More of a |
| **LYRON WOOLRIDGE**, | ) | Mixture and Substance Containing |
| | ) | Methamphetamine. |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges:

On or about April 16, 2019, in Bernalillo County, in the District of New Mexico, the defendant, **LYRON WOOLRIDGE**, unlawfully, knowingly, and intentionally distributed a controlled substance, 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney